JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CESAR CHAVEZ,<br><br>    Petitioner,<br><br>    v.<br><br>F. FOULK, Warden,<br><br>    Respondent. | ) CV 13-01962-R (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: October 21, 2014

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE